Timothy Scott KELLEY, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 46465.

Missouri Court of Appeals,
Western District.

Feb. 9, 1993.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 30, 1993.

Laura G. Martin, Asst. Appellate Defender, Kansas City, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, C.J., and TURNAGE and SPINDEN, JJ.

## ORDER

PER CURIAM:

Appeal from judgment denying post-conviction motion. Judgment affirmed. Rule 84.16(b).